UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD PUMA, | : | |
| | : | |
| v. | : | Civil Action No.: 08-458 (RMU) |
| | : | |
| MICHAEL MUKASEY *et al.*, | : | |
| | : | Document No.: 1 |
| Defendants. | : | |

**MEMORANDUM ORDER**

     Before the court is the plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. The plaintiff alleges that he is a prisoner incarcerated in the Federal Correctional Institution of Fort Worth, TX. Pl.'s Pet., Mem. at 1. He identifies the United States District Court for the Northern District of Texas as the court that sentenced him on September 29, 1998, following a jury's guilty verdict on charges of, *inter alia*, money laundering and possession with intent to distribute methamphetamine. Pl.'s Pet., Judicial Notice. Among other grounds for his petition, the petitioner claims ineffective counsel and lack of federal subject-matter jurisdiction.

     Habeas corpus may be resorted to only where remedy by 2255 motion is inadequate or ineffective to test the legality of detention. *Meyers v. United States*, 181 F.2d 802, 803 (D.C. Cir. 1950); *see* 28 U.S.C. § 2255 (providing that "[a]n application for a writ of habeas corpus . . . shall not be entertained if it appears that the applicant has failed to apply for relief, by motion, to the court which sentenced him, or that such court has denied him relief, unless it also appears that the remedy by motion is inadequate or ineffective to test the legality of his detention"). Where, as here, a federal prisoner seeks to challenge the imposition of his sentence, on grounds that the sentence was imposed in violation of the Constitution of the United States or that the court was without jurisdiction, he must file a § 2255 motion in the sentencing court. *See* 28 U.S.C. § 2255; *Copeland v. Hemingway*, 36 Fed. Appx. 793, 795-96 (6th Cir. 2002). Because

the U.S. District Court for the Northern District of Texas possesses constitutional authority to entertain a § 2255 motion, the plaintiff has failed to show that his habeas petition should be maintained here.

    **WHEREFORE**, it is this 7th day of April, 2008, hereby

    **ORDERED** that the petition for writ of habeas corpus is **DISMISSED** without prejudice;

    **SO ORDERED.**

                                        Ricardo M. Urbina
                                        United States District Judge